U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. <br> V. <br> AURELIANO VELAZQUEZ indv. and d/b/a STANLEY SAUSAGE, INC., d/b/a ALEGRE RESTAURANT & BAR and STANLEY SAUSAGE, INC., d/b/a ALEGRE RESTAURANT & BAR | **FILED: AUG. 07, 2008** <br> **08CV4461** <br> **JUDGE DOW** <br> **MAGISTRATE JUDGE BROWN** <br> **AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J&J SPORTS PRODUCTIONS, INC.

| NAME (Type or print) |
|---|
| Zane D. Smith |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Zane D. Smith |

| FIRM |
|---|
| Zane D. Smith & Associates, Ltd. |

| STREET ADDRESS |
|---|
| 415 N. LaSalle Street - Suite 300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06184814 | 312-245-0031 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

J&J SPORTS PRODUCTIONS, INC.
V.
AURELIANO VELAZQUEZ indv. and d/b/a STANLEY SAUSAGE, INC., d/b/a ALEGRE RESTAURANT & BAR and STANLEY SAUSAGE, INC., d/b/a ALEGRE RESTAURANT & BAR

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J&J SPORTS PRODUCTIONS, INC.

| | |
|---|---|
| **NAME** (Type or print) Andre Ordeanu | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ Andre Ordeanu | |
| **FIRM** Zane D. Smith & Associates, Ltd. | |
| **STREET ADDRESS** 415 N. LaSalle Street - Suite 300 | |
| **CITY/STATE/ZIP** Chicago, IL 60610 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) 6280752 | **TELEPHONE NUMBER** 312-245-0031 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number:

J&J SPORTS PRODUCTIONS, INC.
    V.
AURELIANO VELAZQUEZ indv. and d/b/a STANLEY
SAUSAGE, INC., d/b/a ALEGRE RESTAURANT & BAR and
STANLEY SAUSAGE, INC., d/b/a ALEGRE RESTAURANT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J&J SPORTS PRODUCTIONS, INC.

| | |
|---|---|
| NAME (Type or print) <br> James A. Karamanis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James A. Karamanis | |
| FIRM <br> Zane D. Smith & Associates, Ltd. | |
| STREET ADDRESS <br> 415 N. LaSalle Street - Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, IL  60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6203479 | TELEPHONE NUMBER <br> 312-245-0031 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |