## United States District Court for the Northern District of Illinois

Case Number: 08CV4461     Assigned/Issued By: DAJ

Judge Name: DOW     Designated Magistrate Judge: BROWN

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00          Receipt #: 3002854

Date Payment Rec'd: 08/07/08     Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

__2__ Original and __0__ copies on __08/07/08__ as to __DEF'S._____
                                   (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05